## EX PARTE ARTIE HUTCHINSON.

No. 20235.  Delivered November 23, 1938.

The opinion states the case.

*W. T. Locke,* of Wichita Falls, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—This is an appeal from the order of the district court of Wichita County refusing the relator's application for a writ of habeas corpus.

The question presented is identically the same as that which is before the Court in the companion case of Ex parte Ola Steele, No. 20234, this day decided [page 539 of this volume]. Upon the authority of that case and the precedents cited therein, the appeal in the present instance is dismissed.